

*Mystery Parcel, Jackson Ceramix, Jefferson and Clearfield Counties, PA*

# Figure 1
# Mystery Parcel

Legend

- Culvert (dashed where inferred)
- Railroad
- Abandoned Railroad
- OU1 (West Side of Railroad Track)
- Baseball Field Area
- Former Manufacturing Area
- Northern Drainage Channel/ Former Lagoon
- County Line
- Parcel Boundary
- 10-006-0100A Parcel Identification
- Mystery Parcel Boundary
- OU2 (Sandy Lick Creek Floodplain)

Notes:
B&P=Buffalo and Pittsburgh
OU=Operable Unit
RI=Remedial Investigation

*\\Srv-gst-01\hglgis\Jackson_Ceramix_MSIW\OU2_Property_Sample_Locations\(01)Mystery_Parcel.mxd*
*8/23/2023 JM*
*Source: HGL, EPA, TetraTech*
*ArcGIS Online Imagery*