## **Attachment A**

**Plaintiff:**

United States of America

**Defendants:**

Approximately 18 acres of land, more or less, of The Jackson Ceramix Superfund Site, Adjoining: Clearfield County, Pennsylvania Parcel Nos. A02-34, A02-42, A02-64 and Jefferson County, Pennsylvania Parcel No. 10-001-0301g, *in rem*

**Plaintiff Attorneys:**

Emily L. Deville
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-2045
Email: Emily.DeVille@usdoj.gov
Hawaii Bar No. 011332