**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 18 ACRES OF LAND, MORE OR LESS, OF THE JACKSON CERAMIX SUPERFUND SITE, ADJOINING: CLEARFIELD COUNTY, PENNSYLVANIA PARCEL NOS. A02-34, A02-42, A02-64 AND JEFFERSON COUNTY, PENNSYLVANIA PARCEL NO. 10-001-0301G, *IN REM*,<br><br>Defendant. | ) | CIVIL ACTION NO. 3:24-cv-00045 |

**STATUS REPORT**

On February 29, 2024, the United States of America, on behalf of the Environmental Protection Agency ("EPA"), filed a Verified Complaint initiating an *in rem* action seeking an order from the Court granting EPA access to an approximately eighteen (18) acre parcel of property ("Defendant Site") in order to implement specified Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") actions in response to releases and threatened releases of hazardous substances on, from, and in the vicinity of the Jackson Ceramix Superfund Site, including the Defendant Site. (ECF No. 1).

On April 19, 2024, the United States filed a Motion for an Order in Aid of Access. (ECF No. 5).

On April 25, 2024, the Court granted the United States' Motion for an Order in Aid of Access. (ECF No. 7).

On April 4, 2025, the Court ordered the United States to file a Status Report updating the Court on the status of any current and/or future selected response actions for the Defendant Site, including the projected duration necessary to effectuate or support such response actions. (ECF No. 9). Accordingly, the United States provides the following information:

1. EPA has completed the following response actions at the Defendant Site:
    a. Construction of a thermal remediation system, including tree clearing, installation of all system piping, electrical components, electrodes, monitoring wells, and conduits necessary to implement *in situ* thermal remediation treatment.
    b. Construction of security fencing around the thermal remediation treatment area.
    c. Construction of a concrete plenum placed over the thermal remediation treatment area.
    d. Baseline groundwater sampling of the thermal remediation treatment area.
    e. Tree clearing to support the Operable Unit 2 ("OU2") remedy.
2. Current response actions at the Defendant Site include:
    a. Heating the thermal remediation treatment area for the Operable Unit ("OU1") remedy. Operation of the thermal remediation system began on March 12, 2025, and is expected to run until approximately August 25, 2025.
    b. Groundwater sampling in the thermal remediation treatment area to assess the treatment's progress. EPA currently estimates that sampling to determine the

effectiveness of the thermal remediation treatment will conclude by February 16, 2026. EPA anticipates longer term groundwater sampling will continue in the area to support the Operable Unit 3 ("OU3") groundwater investigation.

c. Site preparation work for the OU2 remedy, including constructing fencing and a haul road.

3. EPA expects that it will continue to require access to the Defendant Site to complete future response actions, including:

a. Removal of the thermal remediation treatment system and revegetation of the thermal remediation treatment area. EPA currently estimates that this component will be completed by February 16, 2026.

b. Excavation, dredging, and off-site disposal of lead contaminated soils, which is expected to begin in June 2025 and continue until approximately August 2026. This will be followed by revegetation and a two-year monitoring period to assess EPA's revegetation efforts. EPA currently estimates that this component will be completed by December 2028.

c. A remedial action to address site-wide groundwater. EPA currently estimates it will select a groundwater remedial action in July 2029 after completing a site-wide groundwater investigation.

d. Periodic reviews to ensure EPA's selected remedies are protective of human health and the environment. EPA currently expects that the periodic reviews will begin on April 25, 2029.

Respectfully Submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ Emily L. DeVille*
EMILY L. DEVILLE
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-2045
Email: Emily.DeVille@usdoj.gov
Hawaii Bar No. 011332

*Attorneys for Plaintiff*
*The United States of America*

OF COUNSEL:
Christopher P. Minott (3RC10)
Assistant Regional Counsel
United States Environmental Protection Agency
Four Penn Center, 1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
Phone: (215) 814-2484
Email: minott.christopher@epa.gov